■ In the Matter of Dock Properties, LLC, et al., Respondents, v Department of Housing Preservation and Development of the City of New York et al., Appellants. [65 NYS3d 444]—

Order and judgment (one paper), Supreme Court, Bronx County (Howard H. Sherman, J.), entered May 6, 2016, which granted petitioners' motion to vacate and discharge respondents' recorded notice of lien seeking relocation and administrative costs, and denied respondents' cross motion to dismiss the

proceeding, unanimously reversed, on the law, without costs, the motion denied, and the cross motion granted. The Clerk is directed to enter judgment denying the petition and dismissing the proceeding.

As conceded by petitioners, based on the Court of Appeals' recent holding in *Rivera v Department of Hous. Preserv. & Dev. of the City of N.Y.* (29 NY3d 45 [2017]), this dispute regarding the reasonableness of expenses claimed by respondents in an otherwise facially valid notice of lien must be resolved through a foreclosure trial, rather than a summary discharge proceeding (*see id.* at 50). Concur—Gische, J.P., Webber, Oing, Singh and Moulton, JJ.